UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sherry Kelley, | C/A No.: 0:13-2176-JFA |
| Plaintiff, | |
| v. | ORDER |
| Carolyn W. Colvin, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court upon motion of plaintiff's counsel, Paul Townsend McChesney, for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner has responded that she does not object to the plaintiff's motion.

Upon review of the material submitted to the court and finding the fees to be reasonable, the plaintiff's motion for attorney's fees (ECF No. 22) is granted. The Commissioner shall pay the plaintiff attorney's fees in the amount of $4,249.37.[1]

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection with this action. This award is without prejudice to the right of plaintiff to seek attorney's fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the

---

[1] This figure represents 8.25 hours at $183.75 per hour for attorney McChesney ($1,515.94), plus 29.75 hours at $91.88 per hour for paralegal time ($2,733.43).

1

EAJA.  Further, the award of fees shall be made payable to the plaintiff.  *See Astrue v. Ratliff,* 560 U.S. 586, 596–98 (2010).

    IT IS SO ORDERED.

February 12, 2015                                 Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge